# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANGELA LAJUAN ADAMS,
in her own behalf and as next friend
of T.R.A., Jr., *et al.,*

           Plaintiffs

v.

DISTRICT OF COLUMBIA

           Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 03-cv-2139 (RCL)

## [PROPOSED] ORDER

For the reasons set forth in the Memorandum Opinion issued this date in *Keith Allen, et al. v. District of Columbia,* No. 00-cv-591, it is hereby

ORDERED that Defendant shall pay Plaintiffs, within 30 days of the date of this Order, $4,168.82, an amount which represents the remaining interest owed to Plaintiffs on the capped attorney's fees and costs in this case.

SO ORDERED.

Date: 12/21/21

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE